1   Law Office of Adam Pennella
    Adam Pennella, State Bar No. 246260
2   717 Washington Street
    Oakland, CA 94607
3   Phone (510) 451-4600
    Fax (510) 451-3002
4
    Counsel for Defendant
5   MARK LINDEMAN

6
                    UNITED STATES DISTRICT COURT
7
                    NOTHERN DISTRICT OF CALIFORNIA
8
                    SAN FRANCISCO DIVISION
9

10  UNITED STATES OF AMERICA,            Case No.: CR 23-495 JD

11          Plaintiff,
                                         STIPULATION TO CONTINUE
            vs.                          STATUS CONFERENCE AND
12                                       EXCLUDE TIME; [PROPOSED]
    MARK LINDEMAN,                       ORDER
13
            Defendant                    Hon. James Donato
14

15      The status conference in the instant case is set for April 1, 2024. Counsel for Mr.

16  Lindeman was appointed to replace prior counsel on January 25, 2024.[1] Discovery has been

17  provided by the government, which defense counsel is reviewing and needs to review with the

18  defendant; that process will require additional time as Mr. Lindeman is currently in a residential

19  substance abuse facility. Finally, counsel for Mr. Lindeman is unavailable on the currently

20  scheduled date of the status appearance.[2]

21

22
    _____
23  [1] Mr. Lindeman's prior counsel became a San Francisco Superior Court Judge and undersigned
    counsel substituted in as counsel on January 25, 2024.
    [2] Counsel will be out of the state on that date; counsel failed to realize this when the status
24  appearance was set in Magistrate Court.

STIPULATION AND [PROPOSED] ORDER                                          1

1    As a result, the parties stipulate and request that the status conference for the Defendant

2    be continued form April 1, 2024 to May 13, 2024 at 10:30 a.m.  It is further stipulated by the

3    parties that time be excluded under the Speedy Trial Act from April 1, 2024, through May 13,

4    2024 for effective preparation and continuity of counsel. The parties further stipulate and agree

5    that the ends of justice served by excluding the time from April 1, 2024, through May 13, 2024,

6    from computation under the Speedy Trial Act outweigh the best interests of the public and the

7    defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8    **SO STIPULATED.**

9

   Dated: February 26, 2024                          /s/
10                                                    DANIEL PASTOR
                                                      Assistant United States Attorney
11
                                                       /s/
12   Dated: February 26, 2024                         ADAM PENNELLA
                                                      Counsel for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

1

[PROPOSED] ORDER

2

Based upon the facts set forth in the stipulation of the parties, the Court hereby vacates

3

the status hearing scheduled for April 1, 2024, and resets it to May 13, 2024, at 10:30 a.m.

4

Additionally, based upon the facts set forth in the stipulation of the parties, and for good cause

5

shown, the Court finds that failing to exclude the time from April 1, 2024, through May 13,

6

2024, would unreasonably deny the defendant continuity of counsel; moreover, it would

7

unreasonably deny defense counsel and the defendants the reasonable time necessary for

8

effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

9

3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

10

from April 1, 2024, through May 13, 2024, from computation under the Speedy Trial Act

11

outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and

12

with the consent of the parties, IT IS HEREBY ORDERED that the time from April 1, 2024,

13

through May 13, 2024, shall be excluded from computation under the Speedy Trial Act. 18

14

U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO ORDERED.**

Dated:  February 28, 2024

_____
HON. JAMES DONATO
United States District Court Judge

15

16

17

18

19

20

21

22

23

24