ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-CR-495-JD-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS ON JUNE 10, 2024 TO JUNE 24, 2024 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER** |
| v. | |
| MARK LINDEMAN, | |
| Defendant. | |

The United States and Defendant Mark Lindeman, through their respective counsel, stipulate and respectfully request that the Court continue the status scheduled on June 10, 2024 to June 24, 2024 and that the Court exclude time for effective preparation of counsel between June 10, 2024 and June 24, 2024. The government has produced discovery to the defense. Defense counsel is unavailable on June 10, 2024.

DATED: May 30, 2024                                             ISMAIL J. RAMSEY
                                                                          United States Attorney

                                                                           /s/
                                                                           DANIEL PASTOR
                                                                          Assistant United States Attorney

DATED: May 30, 2024                                             /s/
                                                                         ADAM PANNELLA
                                                                          Counsel for Defendant

STIP AND PROPOSED ORDER
NO. 23-CR-495-JD-1

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulation, the Court finds that the exclusion of time from June 10, 2024 through June 24, 2024, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant the time needed for effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The status scheduled for June 10, 2024 is continued to June 24, 2024.

IT SO ORDERED.

DATED: June 3, 2024

_____
HON. JAMES DONATO
United States District Judge

STIP AND PROPOSED ORDER
NO. 23-CR-495-JD-1