Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
MARK LINDEMAN

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARK LINDEMAN,<br><br>        Defendant | Case No.: CR 23-00495 JD<br><br>UNOPPOSED REQUEST TO CONTINUE SENTENCING HEARING<br><br>Honorable James Donato |

   Defendant Mark Lindeman, by and through counsel, requests to continue the sentencing hearing[1] scheduled in this matter from December 9, 2024, to January 27, 2025 at 10:30 a.m. The reason for the request is to allow additional time to complete the PSR process, including an interview of Mr. Lindeman. Moreover, undersigned defense counsel recently had a jury trial in a state homicide case set for jury trial on December 2, 2024. In that matter, the co-defendant of undersigned counsel's client withdrew his time waiver and demanded a speedy trial. Counsel expects that trial to take a month or longer, and likely last into January, 2025.

//

---

[1] The date is also set for consideration of a referral to the Conviction Alternative Program ("CAP").

As a result, it is requested that the sentencing hearing in this matter be continued to January 27, 2025 at 10:30 a.m. Neither the government nor Probation oppose this request. Moreover, both have confirmed that they are available on the requested date.

DATED: October 30, 2024                           Respectfully Submitted,

                                                  _____/s/_____
                                                  ADAM PENNELLA
                                                  Counsel for Mark Lindeman

**SO ORDERED.**

DATED: November 7, 2024                           _____
                                                  James Donato
                                                  U.S. District Judge